**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JURRELL CRAWFORD,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 26-00486-JB-B** |
| | * | |
| **GREGORY PATTERSON,** | * | |
| | * | |
| **Defendant.** | * | |

# ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge dated October 19, 2026 (Doc. 4) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**DONE and ORDERED** this 9th day of November, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE